# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| PAUL NOBLE, | : | No. 55 WM 2020 |
| Petitioner | : | |
| v. | : | |
| PA BOARD OF PROBATION AND PAROLE, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.